O

**FILED**
CLERK, U.S. DISTRICT COURT
January 19, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO REYES,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>JEFFREY BEARD, Secretary of the CDCR,<br><br>　　　　　Respondent. | Case No. CV 14-8685-CAS (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation were filed by Petitioner. Further, the Court has engaged in de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendations of the Magistrate Judge.

//
//
//
//
//

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition and entire action with prejudice.

DATED: January 13, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE