JS - 6

**FILED**
CLERK, U.S. DISTRICT COURT

January 19, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO REYES, | Case No. CV 14-8685-CAS (KES) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| JEFFREY BEARD, Secretary of the CDCR, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: <u>January 14, 2016</u>

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1